UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| AARON JACKSON, | ) | CASE NO.  3:10-CV-0045-ECR-RAM |
| | ) | |
| Plaintiff(s), | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATED: JANUARY 12, 2011 |
| | ) | |
| HALBERRFIELD, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>     Reporter: <u>FTR: 1:32:15 p.m. - 1:45:25 p.m.</u>

Counsel for Plaintiff(s): <u>AARON JACKSON, In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u>ROBERT SIMON</u>

**PROCEEDINGS: MOTION HEARING**

1:32 p.m. Court convenes.

**<u>Motion to File Longer than Normal Complaint (Docket #21) and Motion to Amend and for
Order to Serve the Additional Named Defendants (Docket #25)</u>**

The Court seeks clarification of what Plaintiff is seeking in these motions. Upon hearing Plaintiff's
explanation, IT IS ORDERED that the Motion to File Longer than Normal Complaint (Docket #21)
shall be considered a motion to amend complaint and is GRANTED. The proposed complaint
attached to the motion shall be filed and resubmitted for screening. Furthermore, IT IS ORDERED
that the Motion to Amend and for Order to Serve the Additional Named Defendants is GRANTED
in that, once screening is complete, and should the complaint be allowed to go forward with the
additional named defendants, the Attorney General's Office shall accept service for Mr. Skolnik, and
the Court will issue an order with respect to the service of Nathanial Rayford.

IT IS FURTHER ORDERED that the document entitled *Second Amended Complaint* (Docket #30)
is STRICKEN and shall be returned to Plaintiff.

**<u>Motion to Extend Time to File Response to Plaintiff's Complaint (Docket #23)</u>**

Given the rulings in the above motions, IT IS ORDERED that Defendants' Motion to Extend Time
to File Response to Plaintiff's Complaint is GRANTED. Once screening is complete, the defendants
will be given an opportunity and a time in which to respond.

Page Two
Minutes
3:10-CV-0045-ECR-RAM (Jackson v. Halberrfield, et al.)
January 12, 2011

**Motion to Identify Error in the Mailing of Plaintiff's First Amended Complaint (Docket #26)**

Plaintiff advises the Court that this document relates to the Second Amended Complaint (Docket #30), previously stricken.  The Court shall consider this pleading a notice instead of a motion.

**Plaintiff's Opposition to the Court's Hearing that Includes the Plaintiff in a Telephone Conference on Submitted Pro Se Motions (Docket #34)**

IT IS ORDERED that Plaintiff's Opposition is DENIED.  The Court will continue to expect Plaintiff's participation in any hearings that are held.

**Motion for Order to Join Plaintiff in this Matter and Permission to Supplement Additional Facts and Claims (Docket #35)**

IT IS ORDERED that the subject motion is DENIED.

1:45 p.m.  Court adjourns.

LANCE S. WILSON, CLERK

By: /s/_____

Deputy Clerk