UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| AARON JACKSON | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-45-ECR-WGC |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL WITHOUT |
| HALBERRFIELD, et al, | ) | PREJUDICE PURSUANT TO RULE 4(m) |
| | ) | FEDERAL RULES OF CIVIL |
| | ) |        PROCEDURES |
| Defendants. | ) | |

Plaintiff, having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice as to: Nathanial Rayford.

DATED this _____17_____ day of ___Nov___, 20 11.

_Edward C. Reed_

EDWARD C. REED
UNITED STATES DISTRICT JUDGE