**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA**

| | | |
|---|---|---|
| AARON JACKSON, | ) | 3:10-cv-00045-ECR-WGC |
| Plaintiff, | ) | |
| vs. | ) | **Order** |
| HALBERFIELD, et al., | ) | |
| Defendant. | ) | |

On December 15, 2011, the Magistrate Judge filed a Report and Recommendation (#56), recommending that Defendants' Motion for Summary Judgment (#44) be granted because there is no evidence as to the subjective component of the Eighth Amendment inquiry, *i.e.*, that Defendants were deliberately indifferent to a substantial risk of serious harm. The Eighth Amendment claim is the only remaining federal claim in this action. No objections have been timely filed.

The Magistrate Judge also recommends that the Court should decline to exercise jurisdiction over the state law tort and conspiracy claims because there are no remaining federal claims.

The Report and Recommendation (#56) is well-taken, and is therefore **APPROVED AND ADOPTED**. Defendant's Motion for Summary Judgment (#44) is **GRANTED**. Plaintiff's remaining state law tort and conspiracy claims are **DISMISSED WITHOUT PREJUDICE**.

1     The Clerk shall enter judgment accordingly.

3  DATED: February 9, 2012.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE

2