AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

AARON JACKSON,

     Plaintiff,         JUDGMENT IN A CIVIL CASE

V.

       CASE NUMBER: **3:10-CV-00045-ECR-WGC**

HALBERFIELD, et al.,

     Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** Defendant's Motion for Summary Judgment (#44) is **GRANTED**. Plaintiff's remaining state law tort and conspiracy claims are **DISMISSED WITHOUT PREJUDICE**.

   February 10, 2012                            **LANCE S. WILSON**
                                                                 Clerk

                                                                  /s/ D. R. Morgan
                                                                   Deputy Clerk